[Nos. 24580-2-III; 25075-0-III. Division Three. March 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES E. BOSTWICK, *Appellant*.

*In the Matter of the Personal Restraint of* CHARLES E. BOSTWICK, *Petitioner*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00087-3, Robert L. Zagelow, J., entered September 12, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 24598-5-III. Division Three. March 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01243-6, Robert G. Swisher, J., entered August 25, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 24853-4-III. Division Three. March 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS G. GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01179-7, Cameron Mitchell, J., entered November 16, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.